FREDERICK REILLY et al., Respondents, v. CARMINE D'ANIELLO, Appellant.—

Under all the circumstances, we believe defendant was entitled to his taxable costs plus $50 to cover his legal expenses in the discontinued action. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.